Page v Rittersbach (2025 NY Slip Op 03492)

Page v Rittersbach

2025 NY Slip Op 03492

Decided on June 6, 2025

Appellate Division, Fourth Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and subject to revision before publication in the Official Reports.

Decided on June 6, 2025
SUPREME COURT OF THE STATE OF NEW YORK
Appellate Division, Fourth Judicial Department

PRESENT: BANNISTER, J.P., MONTOUR, OGDEN, DELCONTE, AND KEANE, JJ.

569 CA 24-00852

[*1]RUPERT PAGE, PLAINTIFF-RESPONDENT,
v
CLARK L. RITTERSBACH, DOING BUSINESS AS PLATINUM CLASSIC MOTORCARS, DEFENDANT-APPELLANT, ET AL., DEFENDANTS. 

PAUL M. ALOI, ROCHESTER, FOR DEFENDANT-APPELLANT. 
ADAMS LECLAIR LLP, ROCHESTER (AASIYAH ALI OF COUNSEL), FOR PLAINTIFF-RESPONDENT. 

 Appeal from an order of the Supreme Court, Ontario County (Daniel J. Doyle, J.), entered March 22, 2024. The order, insofar as appealed from, granted in part the motion of plaintiff for, inter alia, partial summary judgment with respect to liability on his conversion cause of action and to preclude evidence on the ground of spoliation and denied the cross-motion of defendant Clark L. Rittersbach, doing business as Platinum Classic Motorcars, for summary judgment dismissing the complaint against him. 
It is hereby ORDERED that the order so appealed from is unanimously affirmed without costs for reasons stated in the decision at Supreme Court.
Entered: June 6, 2025
Ann Dillon Flynn
Clerk of the Court